IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Samuel Ward,<br><br>　　　　　　Defendant. | No. CR-15-50162-01-PHX-SPL<br><br>**ORDER** |

      On February 9, 2017, Magistrate Judge John Z. Boyle filed a "Report and Recommendation". The findings recommended that the District Court find the Defendant was in violation of his terms of supervised release as contained in Allegations A, B, and C. Having reviewed this matter de novo, and no objections having been filed pursuant to 28 USC § 636(b)(1), the Court accepts the recommendation of the Magistrate Judge. Accordingly, the Court finds the Defendant has violated his terms of supervised release as contained in Allegations A, B, and C.

      Dated this 28th day of February, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge